MEMO ENDORSED

Brooklyn Defenders (BDS)

Brooklyn Defender Services
177 Livingston St, 7th Floor
Brooklyn, NY 11201

Tel (718) 254-0700
F: (347) 214-9471
lmarquez@bds.org

July 15, 2026

By ECF

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *J.V.H. v. Arteta, et al.*, 26-cv-5895 (DEH)**

Dear Judge Ho,

We represent Petitioner J.V.H. in the above-captioned proceeding and respectfully write to request an adjournment of the conference scheduled for July 17, 2026 at 2 p.m. This is Petitioner's first request for an adjournment. Counsel for Respondents consents to this request.

On July 13, 2026, Petitioner filed a writ of habeas corpus petition seeking relief from unlawful immigration detention. (ECF No. 1.) On July 13, 2026, this Court issued an Order to Show Cause setting forth a briefing schedule for the Petition and scheduling an in-person conference on July 17, 2026 at 2 p.m. (ECF No. 5.)

Counsel for Petitioner, both Mr. Marquez and Ms. Herr, will be out of town on July 17, 2026 on previously scheduled travel. Thus, we respectfully request an adjournment of the conference until the week of July 20, 2026. Counsel for Petitioner and Respondents are available to appear in-person on Tuesday, July 21; Wednesday, July 22; and Friday, July 24.

We thank the Court for its consideration of this letter.

Sincerely,

*/s/ Lucas Marquez*

Lucas S. Marquez, Esq.
Ilana R. Herr, Esq.
Brooklyn Defender Services
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
lmarquez@bds.org

cc: Counsel of Record (by ECF)

Application **GRANTED IN PART** and **DENIED IN PART**. The hearing scheduled for July 17, 2026 is **ADJOURNED** to **July 29, 2026** at **3 P.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The briefing schedule is modified as follows: by **July 21, 2026,** Respondents are ordered to Show Cause as to why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have an opportunity to reply by **July 24, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 10.

SO ORDERED.

Dated: July 15, 2026
New York, New York

Dale E. Ho
United States District Judge