UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.V.H.,

*Petitioner,*

v.

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility, *et al.*

*Respondents*.

**Case No. 26-cv-5895**

**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym J.V.H. Additionally, the parties are directed to redact the Petitioner's alien registration number and any other personally identifying information from all documents contained in the record. The Clerk of Court is respectfully directed to terminate ECF No. 3.

It is so **ORDERED.**

Dated: July 15, 2026
New York, New York

Dale E. Ho
United States District Court Judge