MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2026

**By ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *J.V.H. v. Arteta, et al.*, No. 26 Civ. 5895 (DEH)

Dear Judge Ho:

This Office represents Respondents (the "Government") in the above-referenced habeas corpus action that was filed on July 13, 2026. On the same date, the Court issued an order (i) directing the Government to file a letter responding to certain questions by noon on July 14, (ii) directing the Government to file a response to the habeas petition by noon on July 16, (iii) permitting Petitioner to file a reply by noon on July 17, and (iv) scheduling a conference for 2:00 p.m. on July 17. ECF No. 5. On July 14, the Government filed a letter providing responses to the Court's questions, including the Government's position regarding the proper remedy in this case. ECF No. 9. On July 15, 2026, Petitioner filed a motion to adjourn the conference to a later date due to his counsel's unavailability, which the Court granted, adjourning the conference to July 29. ECF No. 11. The Court also reset the briefing schedule, directing the Government to file its response to the petition by July 21, and permitting Petitioner to file a reply by July 24. *Id.*

I write respectfully to inform the Court that, in light of the Government's July 14 letter, the Government does not intend to file a further response in this case unless the Court requests one. I conveyed this to Petitioner's counsel yesterday when they requested our consent on their adjournment request.

I thank the Court for its consideration of this submission

The Court accepts the Government's July 14 letter, ECF No. 9, as its full response. Accordingly, Petitioner shall file any reply by **July 22, 2026**.

SO ORDERED.

Dated: July 17, 2026
New York, New York

Dale E. Ho
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Janet Lynne Guyon*

JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2800
E-mail: janet.guyon@usdoj.gov

cc: Counsel of record (by ECF)