UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.V.H., | |
| Petitioner, | |
| v. | |
| Arteta et al., | |
| Respondents. | |

26-CV-5895 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record at the hearing held on July 29, 2026, it is hereby

**ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody as soon

as practicable and in any event no later than **5 p.m.** on **July 30, 2026**.

Respondents are further **ENJOINED** from re-detaining Petitioner without a valid

exercise of discretion consistent with this Court's decision in *Lopez Benitez v. Francis*, 795

F.Supp.3d 475 (S.D.N.Y. 2025). *Cf. Hyppolite v. Noem*, 25 Civ. 4304, 2025 WL 2829511, at

*16 (E.D.N.Y. Oct. 6, 2025). It is further **ORDERED** that, in the event that Petitioner is validly

re-detained, Respondents are **ENJOINED** from denying bond to Petitioner in any subsequent

proceeding on the basis that he must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8

U.S.C. § 1226(c) absent a change in relevant circumstances. Further, at any subsequent

proceeding considering bond, it is **ORDERED** that Respondents shall bear the burden of proving

by clear and convincing evidence that Petitioner's detention is justified. Finally, it is further

**ORDERED** that, if Petitioner is granted bond, Respondents are **ENJOINED** from invoking the

automatic stay provision at 8 C.F.R. § 1003.19(i)(2). *See Rivera Guzman v. Arteta*, No. 26 Civ.

2808, 2026 WL 1045920, at *5 (S.D.N.Y. Apr. 16, 2026). Respondents are further **ENJOINED**

from imposing a discretionary stay that is issued "essentially on an *ex parte* basis" without an

"individualized assessment of all the circumstances of the case." *J.M.P. v. Arteta*, 807 F. Supp. 3d 265, 289 (S.D.N.Y. 2025).

Respondents shall certify compliance on the docket upon Petitioner's release.

SO ORDERED.

Dated: July 29, 2026
       New York, New York

_____
DALE E. HO
United States District Judge

2