UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.V.H,

Petitioner,

-against-

ARTETA ET AL.,

Respondents.

26 CIVIL 5895 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 29, 2026, it is hereby ORDERED that the Petition is GRANTED.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**